# United States District Court
## *Southern District of Georgia*
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 FEB -1  A 10: 27

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC, ET AL | * * | |
| vs | * | CASE NUMBER __CV 206-21__ |
| NATHAN MOBLEY CHRYSLER, DODGE, JEEP, INC., ET AL | * * | |

### MINUTE ORDER

The above captioned case having come on for hearing this __29th__ day of __January__, 20__07__, and the following motions having been ruled on orally, said rulings, as listed, are hereby made the judgment of this Court:

Court dismisses all fraud claims against defendant, Teresa Rhymes, as withdrawn.

Case stays case pending resolution of payments by defendant, Nathan Mobley. Since case cannot proceed to trial and disposition because of the stay, it is Ordered that the Clerk of Court mark this action closed for statistical purposes, place the matter in a Civil Suspense File, and delete this matter from the role of pending cases.

It is further Ordered that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party, if the circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

**SO ORDERED**, this __31__ day of __January__, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA