IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 FEB 20  A 11: 49

CLERK
SO. DIST. OF GA.

DAIMLERCHRYSLER FINANCIAL
SERVICES AMERICAS LLC
vs.

CV206-21
Appeal No. 07-10110-BB

NATHAN MOBLEY CHRYSLER, DODGE,
JEEP, INC., NATHAN MOBLEY

## ORDER

The United States Court of Appeals for the Eleventh Circuit entered entry of dismissal pursuant to the appellants' motion for voluntary dismissal, Fed.R.App.P 42 and 11th Cir. R. 42-1 (a), the above referenced appeal was duly entered dismissed this 12th day of February, 2007.

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED,** this _20th_ day of February 2007.

_____
Anthony A. Alaimo
Judge, Untied States District Court
Southern District of Georgia